IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JOHNSON | : | CIVIL ACTION |
| *Pro se* | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, et al. | : | NO. 15-5459 |

# ORDER

AND NOW, this 8th day of October, 2015, upon consideration of Anthony Johnson's ("Plaintiff":) motion to proceed *in forma pauperis* and his *pro se* complaint, consistent with the memorandum opinion issued in this matter, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.